**Order entered November 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00921-CV

### JUAN SUAREZ, JR., Appellant

### V.

### SUSANA FERNANDEZ AND JULIAN OCHOA, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09749**

## ORDER

Before the Court is appellees' November 9, 2018 second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 16, 2018.

/s/    DAVID EVANS
       JUSTICE